**[J-78-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JAMES N. CLYMER AND STEVEN E. SYLVESTER AS CONSTITUTION PARTY CANDIDATES FOR PRESIDENT AND VICE PRESIDENT OF THE UNITED STATES, | : | No. 67 MAP 2024 |
| | : | |
| | : | Appeal from the order of the Commonwealth Court at No. 376 MD 2024 dated August 23, 2024 |
| Appellants | : | SUBMITTED: September 3, 2024 |
| | : | |
| v. | : | |
| | : | |
| AL SCHMIDT, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                            **DECIDED: September 13, 2024**

AND NOW, this 13th day of September, 2024, the order of the Commonwealth Court is **AFFIRMED**.